IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 APR 18  PM 3: 22

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN R. RUSSMAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.  4:00CR265 |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the May 2, 2006, disposition hearing in this case until a date and time certain for not less than 60 days.  Filing 95 .  The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until Friday, July 7, 2006 , 2006, at  1:00   p . m.  The defendant is ordered to appear at such time.

Dated this  18th day of April, 2006.

BY THE COURT:

The Honorable Richard G. Kopf
United States District Judge