IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR265 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JONATHAN RUSSMAN, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that Defendant Russman's initial appearance and revocation hearing is continued to July 26, 2006, at 11:30 a.m., before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

July 10, 2006.                       BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge